Adam P. Segal Esq., Nevada Bar No. 6120
Christopher M. Humes, Esq., Nevada Bar No. 12782
William D. Nobriga, Esq., Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:    (702) 382-8135
Email: asegal@bhfs.com
Email: chumes@bhfs.com
Email: wnobriga@bhfs.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FOR SOUTHERN NEVADA and THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FOR SOUTHERN NEVADA,<br><br>Plaintiffs,<br>vs.<br><br>M2 CORE DRILLING AND CUTTING INC., a Nevada corporation,<br><br>Defendant. | Case No. 2:22-cv-00721-RFB-VCE<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF M2 CORE DRILLING AND CUTTING INC.** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs, the Board of Trustees of the Construction Industry and Laborers Joint Pension Trust for Southern Nevada and the Construction Industry and Laborers Joint Pension Trust for Southern Nevada, by and through

/ / / /

/ / / /

/ / / /

/ / / /

1

24585486.1

their counsel of record, Brownstein Hyatt Farber Schreck, LLP, hereby dismiss this action without prejudice against Defendant, M2 Core Drilling and Cutting, Inc.

Dated: August 23, 2022        BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Christopher M. Humes
Adam P. Segal Esq., Nevada Bar No. 6120
Christopher M. Humes, Esq., Nevada Bar No. 12782
William D. Nobriga, Esq., Nevada Bar No. 14931100
North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:   (702) 382-8135

*Attorneys for Plaintiffs*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 23rd day of August, 2022.

2

24585486.1

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of Brownstein Hyatt Farber Schreck, LLP and that on August 23, 2022, I served a true copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL OF M2 CORE DRILLING AND CUTTING, INC**. via the Court's electronic filing system and upon:

☒ **VIA CM/ECF**

    **NO PARTIES ENTERED**

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Ebony Davis
An Employee of Brownstein Hyatt Farber Schreck, LLP

3

24585486.1